## UNITED STATES DISTRICT COURT
### DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

July 17, 2006

**FILED**
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

District Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: SIMPSON, Russell Jon
USDC Cr. Cs. No.: 94-00068-001

### TRANSFER OF JURISDICTION

Dear Judge:

On February 21, 1995, Jon Russell Simpson was sentenced in the District Court of Guam for the offense of Criminal Conspiracy to Import 300 Grams Net Weight of Crystal Methamphetamine, in violation of Title 21 U.S.C. § 963. He was ordered to serve 151 months in prison followed by five years of supervised release with conditions that he: not commit another federal, state, or local crime; comply with mandatory and standard conditions of supervised release; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; not possess any illegal controlled substances; participate in substance abuse treatment and testing; perform 500 hours of community service, and pay a $50 special assessment fee.

Mr. Simpson was released to courtesy supervision of the U.S. Probation Office in the Central District of California from the Bureau of Prisons on June 14, 2005. It is reported that Mr. Simpson has violated his release conditions. The nature of these violations are under a separate violation report. In order to be able to supervise Mr. Simpson more effectively, and to address violation behavior directly, the Central District of California Probation Office respectfully requests the jurisdiction of the case be transferred to their district.

Transfer of Jurisdiction
Re:   SIMPSON, Russell Jon
USDC Cr. Cs. No. 94-00068-001
July 19, 2006
Page 2

      This Officer respectfully requests that the transfer of jurisdiction to the U.S. District Court for the Central District of California where Mr. Simpson resides be approved.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc:   File