United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Jon Russell Simpson**   Case Number: **CR 94-00068-001**

Name of Sentencing Judicial   Honorable John S. Unpingco

Date of Original Sentence:   February 21, 1995

Original Offense: Criminal Conspiracy to Import 300 Grams Net Weight of Crystal Methamphetamine, in violation of 21 U.S.C. § 963.

Original Sentence: 151 months prison followed by a five year term of supervised release with conditions that he: not commit another federal, state, or local crime; comply with mandatory and standard conditions of supervised release; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; not possess any illegal controlled substances; participate in substance abuse treatment and testing; perform 500 hours of community service, and pay a $50 special assessment fee.

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **June 14, 2005**

### NONCOMPLIANCE SUMMARY

Violation Number | Nature of Noncompliance

1. Arrested on May 16, 2006 in California for First Degree Robbery, Conspiracy to Commit a Crime, False Imprisonment of Elder, and Theft from Elder or Dependant Adult.

2. On June 28, 2006, admitted use of methamphetamine on two separate occasions in June 2006.

Jon Russell Simpson was released from federal custody on June 14, 2005 to Central District of California. Jurisdiction of the case, however, remains with the District of Guam.

In a letter dated June 30, 2006, the U.S. Probation Office in the Central District of California requested full jurisdiction of Mr. Simpson's case. The request was made in response to violation behavior involving a new state arrest and two incidents of admitted drug use.

On May 16, 2006, Mr. Simpson was arrested by the Ventura County Sheriff's Department on the following charges: First Degree Robbery, Conspiracy to Commit a Crime, False Imprisonment of Elder, and Theft from Elder or Dependant Adult. The matter is pending adjudication and Mr. Simpson has been released pending disposition of the charges. In addition, on June 28, 2006, Mr. Simpson admitted to the probation officer that he had used methamphetamine on two separate occasions in June 2006. He explained that he resorted to drug use due to pressure brought about by the new pending criminal charges and various work-related issues. As a consequence, Mr. Simpson's drug testing regimen was increased and he was enrolled in additional drug treatment counseling.

Except as otherwise noted, Mr. Simpson is in compliance with all other supervision terms and conditions. The above is presented to the Court on an informational basis at this time in order to allow the adjudication process to develop further.

Reviewed by:

CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

Date: 7/19/06

Respectfully submitted,

by:

ROBERT I. CARREON
U.S. Probation Officer

Date: 7/19/06

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action

☐ Other

RECEIVED
JUL 19 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
JAMES WARE, Designated Judge

July 25, 2006
Date