PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | **CR 94-00068-001** |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR-06-680-CAS |

## TRANSFER OF JURISDICTION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Jon Russell Simpson
c/o Marc Stein
U.S. Probation Officer
Central District of California
11827 Ventura Blvd.
Studio City, CA 91604-28126

| DISTRICT | DIVISION |
|---|---|
| **Guam** | |

NAME OF SENTENCING JUDGE
**Honorable John S. Unpingco, Chief Judge**

| DATES OF SUPERVISED | FROM | TO |
|---|---|---|
| | **June 14, 2005** | **June 13, 2010** |

OFFENSE

**CRIMINAL CONSPIRACY TO IMPORT 300 GRAMS NET WEIGHT OF CRYSTAL METHAMPHETAMINE, in violation of 21 U.S.C. § 963.**

**FILED**

DISTRICT COURT OF GUAM

SEP 25 2006

MARY L.M. MORAN
CLERK OF COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ N/A _____ DISTRICT OF _____ **GUAM** _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Central District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 28, 2006
_____
*Date*

_____
JAMES WARE, Designated U.S. District Judge
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR _____ **Central** _____ DISTRICT OF _____ **California** _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 28 2006
_____
*Effective Date*

CHIEF
_____
*United States District Judge*

ORIGINAL